## ZEICHNER ELLMAN & KRAUSE LLP

### 1211 AVENUE OF THE AMERICAS
### NEW YORK, NEW YORK 10036
### TEL: (212) 223-0400

YOAV M. GRIVER
(212) 826-5338
ygriver@zeklaw.com

June 8, 2020

WWW.ZEKLAW.COM

*Application GRANTED. The June 16th conference is adjourned sine die, and all deadlines are STAYED for 60 days. By **August 8, 2020**, the parties shall file a joint letter advising the Court whether the stay should be lifted. The Clerk of Court is directed to terminate ECF No. 8. SO ORDERED.*

*June 8, 2020*

**BY ECF**

Honorable Jesse M. Furman
United States District Judge for
 the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

### National Union v. Decton, Inc., 1:20-cv-02650-JMF
### (Request to Extend Deadlines)

Dear Judge Furman:

I represent plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), but write on behalf of both National Union and defendant Decton, Inc. ("Decton") seeking a short stay of the matter while the parties try to resolve their dispute.

At the present time, (i) the Court has scheduled a preliminary conference in the action for June 16, 2020, and (ii) Decton's answer or other response to the Complaint is due July 7, 2020. Decton has explained that, due to the pandemic and recent events, it cannot afford to pay any judgment that may be issued against it in this case. National Union estimates that it will take approximately 60-days to review Decton's financial condition, determine if Decton's explanation is correct, and settle the matter on that basis. Accordingly, we ask that the Court move all deadlines in this matter to August 2020, or thereafter.

We appreciate the Court's attention to this matter during these uncertain times.

Respectfully submitted,

 /s/ Yoav M. Griver

Yoav M. Griver
Attorney for plaintiff National Union

cc: Steven Beal, Decton CEO
     (by email)