# Zeichner Ellman & Krause LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

YOAV M. GRIVER
(212) 826-5338
ygriver@zeklaw.com

WWW.ZEKLAW.COM

August 8, 2020

**BY ECF**

Honorable Jesse M. Furman
United States District Judge for
 the Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

**National Union v. Decton, Inc., 1:20-cv-02650-JMF**
**(Joint Status Report to Court)**

Dear Judge Furman:

      I represent plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), but write on behalf of both National Union and defendant Decton, Inc. ("Decton"). Per the Court's June 8, 2020 Order (Docket No. 9), we write to provide the Court with an update on the status of this matter.

      At the present time, the parties are nearing a settlement and are hopeful that we can do so within the next 30 days. Accordingly, we ask that the Court stay this matter for an additional 30 days, or to a date thereafter convenient to the Court.

      We appreciate the Court's continued attention to this matter during these uncertain times.

Respectfully submitted,

/s/ Yoav M. Griver

Yoav M. Griver
Attorney for plaintiff National Union

Application DENIED. The stay is hereby lifted and the initial conference is reinstated and rescheduled to September 15, 2020, at 3:30 p.m. The parties should inform the Court before then if they reach a settlement in principle, in which case the Court will issue a 60-Day Order of Dismissal. The Clerk of Court is directed to terminate ECF No. 10. SO ORDERED.

August 10, 2020