UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br> - against - <br><br> DECTON, INC., <br><br> Defendant. | Civ. No. 1:20-cv-02650-JMF <br><br> **CONSENT JUDGMENT** |

This action having been commenced on March 30, 2020 by the filing of the Summons and Complaint, and a Request to Waive Service of the Summons in this action, along with a copy of the complaint, two copies of the waiver form, and a prepaid means of returning one signed copy of the form having been provided to the defendant, Decton, Inc., on May 8, 2020, and said waiver having been signed by the defendant on June 2, 2020 and filed with the Court on June 4, 2020, and the defendant not having answered the Complaint, and defendant having instead consented to the Court's jurisdiction and the entry of judgment as set forth below; it is hereby

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of Nine Hundred Thousand Five Hundred and Nineteen Dollars and no cents ($900,519).

Dated: New York, New York
~~August 27, 2020~~
September 11, 2020

CONSENTED TO:
DECTON, INC.
By: _____
Name:  C. Stephen Beal
Title:   President & CEO

_____
Jesse M. Furman
United States District Judge
Southern District Of New York

The Clerk of Court is directed to close this case. All conferences are cancelled. All motions are moot.